IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES LEWIS HOPKINS**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #185090**

V.　　　　　　　Case No. 4:23-CV-00905-JM-BBM

**ERIC S. HIGGINS, Sheriff, Pulaski
County Regional Detention Facility,** *et al*.　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Partial Recommended Disposition and the record in this case, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT Defendants' Motion for Partial Summary Judgment (Doc. 18) is GRANTED, and Plaintiff James Lewis Hopkins's conditions-of-confinement claims against all Defendants are DISMISSED, without prejudice, for failure to exhaust administrative remedies.

IT IS SO ORDERED this 29th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE