**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JAMES LEWIS HOPKINS**                                                                     **PLAINTIFF**

**VS.**                                          **NO.  4:23-CV-00905-JM**

**DEPUTY GEORGE BELT**                                                                   **DEFENDANT**

**DEFENDANT'S STATUS REPORT**

Comes now the Pulaski County Defendant, Deputy George Belt, in his individual capacity only, and for his Status Report, states the following:

**(1) The date and results of any settlement conference;**

On June 16, 2026, the parties participated in a settlement conference before U.S. Magistrate Judge Benecia B. Moore. A settlement agreement was not reached.

**(2) Settlement prospects, and**

Defendant is open to continuing settlement negotiations. Defendant believes that settlement is still possible.

**(3) Estimated trial length.**

Defendant estimates that the trial will take approximately 1-2 days.

Respectfully submitted,

DEPUTY GEORGE BELT, in his individual capacity only, Pulaski County Defendant

Melissa K. Dugger, Ark. Bar No. 2017150
Attorney for Pulaski County Defendant
ASSOCIATION OF ARKANSAS COUNTIES
RISK MANAGEMENT SERVICES
1415 W. Third Street
Little Rock, Arkansas 72201
Telephone: (501) 375-8805
Email: mdugger@arcounties.org

1