**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

JAMES LEWIS HOPKINS                                           PLAINTIFF

VS.                                    NO.  4:23-CV-00905-JM

GEORGE BELT                                                   DEFENDANT

**DEFENDANT'S OBJECTIONS REGARDING VIDEOS AND DEPOSITIONS**

1.  Pursuant to the Court's Amended Final Scheduling Order, the parties are required to file objections to the introduction of deposition or videotape evidence by today, August 7, 2026. *See* Doc. No. 54.

2.  To Defendant's knowledge, there is no relevant deposition or videotape evidence in this case. However, Defendant is aware that Plaintiff has previously filed numerous lawsuits against Pulaski County and its employees, and Plaintiff may have deposition or video evidence from those cases.

3.  Plaintiff has not designated or produced any such evidence in this case. Defendant has not had an opportunity to review any such evidence in this case.

4.  Defendant therefore objects to the introduction of any deposition or video evidence at trial.

Wherefore, Defendant Belt respectfully requests that the Court prohibit the Plaintiff from introducing any undisclosed video or deposition testimony at trial and grant any and all other relief to which he is entitled.

Respectfully submitted,

DEPUTY GEORGE BELT, in his individual capacity, Pulaski County Defendant


/s/ Ali B. Noland
Ali B. Noland, Bar No. 2006151
Anthony A. Bennett, Jr., Bar No. 2025164

Attorneys for Pulaski County Defendant
ASSOCIATION OF ARKANSAS COUNTIES
RISK MANAGEMENT SERVICES
1415 W. Third Street
Little Rock, Arkansas 72201
Telephone: (501) 375-8805
Email: anoland@arcounties.org
      abennett@arcounties.org